IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| LARRY JASON HOOD, | * | |
| Petitioner, | * | |
| v. | | Case No. 1:25-CV-96-WLS-ALS |
| | * | |
| WARDEN TEKETA JESTER, | | |
| | * | |
| Respondent. | | |
| | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated August 14, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 14th day of August, 2026.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk